**FILED**

JUL - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Toby Cooper

VS

Case: 1:07-cv-01229
Assigned To : Sullivan, Emmet G.
Assign. Date : 07/09/2007
Description: Employ. Discrim.

District of Columbia Charitable Games Control Board et. Al.

## Plaintiff's MOTION FOR COURT APPOINTED COUNSEL

I am financially unable to afford an attorney. When I was fired the District of Columbia Charitable Games and Control Board continued to retaliate against me <u>by refusing to pay me my severance pay for over seven (7) months. This caused tremendous financial distress</u>. After being fired, I was unable to obtain any employment for over 10 months. I have tried to hire an attorney, but can not find one that will take the case on a contingency basis.

*Toby Cooper*

Toby Cooper

43333 Crystal Lake St

Leesburg, VA 20176

PH: 703-443-9045