United States District Court
For the District of Columbia

Toby Cooper
  VS

case # 07-1229-EGS

District of Columbia Lottery
and Charitable Games Control
Board, ETAL

## PLAINTIFF'S NOTICE OF FILING

I, Toby Cooper filed a complaint and left out these attachments. Enclosed please find the attachments: Attachment A - Determination of Claims Examiner

Attachment B - Jan. 16, 2007 letter from EEOC

Attachment C - Police and DCLB Security Files

Toby Cooper
Toby Cooper
Toby Cooper
43333 Crystal Lake St.
Leesburg, VA
20176

Pho: 703-443-9045
FAX: 703-443-9048

RECEIVED
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Regarding Attachment A:

DC government, DCLB, & OCFO placed in my employment file that I was fired for misconduct. These agencies have forwarded this incorrect, defaming & disparaging information to employers that I have applied to jobs for. This derogatory information has kept me from obtaining new employment.

This information is incorrect, defamed my character and it has prevented me from obtaining new employment.

Thank you,
Jerry


Attachment A



# DISTRICT OF COLUMBIA
## DEPARTMENT OF EMPLOYMENT SERVICES
### CENTRAL ADJUDICATION BRANCH
P O BOX 23794
WASHINGTON, D.C. 20026

## DETERMINATION BY CLAIMS EXAMINER

**Social Security Number:** 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

**CLAIMANT:**
TOBYCOOPER
43333 CRYSTAL LAKE ST
LESBURG, VA - 20176-0000

**EMPLOYER:**
DC GOVERNMENT PERSONNEL
441 4TH ST NW #340-S
WASHINGTON, DC - 20001

**ISSUE:**
DISCHARGED FOR MISCONDUCT

**REASON FOR DETERMINATION:**
Claimant was discharged from her most recent work, however, employer did not provide any information about the separation despite requests. Employer has not established misconduct per Title 51.110(b).

☒ **Misconduct has not been established per Title 51.110(b).**

**DECISION:**
Therefore, the claimant listed herein has been determined eligible for unemployment benefits. No disqualification has been imposed based on separation from your employment in accordance with D.C. Code. Title 51-110(b).

_(signature)_
Claims Examiner

I certify that a copy of this document was mailed to the employer/claimant at the above address on 8/8/2006.

_(signature)_
Signature

**SEE THE ENCLOSED NOTICE OF APPEAL RIGHTS**

Regarding Attachment B:

I have submitted my EEOC, request to EEOC on Dec. 12, 2006. I requested a right to sue Notice on July, 2007. To this date I have not recieved the Notice of right to sue. As soon as I recieve it I will amend my complaint & add it to the file.

Thank you
Josey Cooper



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0740

*Attachment B*

January 16, 2007

Toby Cooper
43333 Crystal Lake St.
Leesburg, VA 20176

Dear Ms. Cooper:

This is in response to your letter dated December 12, 2006, concerning your complaint against DCLB. The Equal Employment Opportunity Commission - Office of Field Management Programs has asked this office to respond directly to you.

Please be advised that your correspondence has been assigned to an Intake Officer for processing. You will be contacted by the Intake Officer either by telephone or mail if necessary. Your patience is appreciated.

Sincerely,

Tram Ngo
Tram Ngo
Acting CRTIU Supervisor

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jean Stengis*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *Jean Stengis*
C. Date of Delivery: 3/2/200?

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Attn: Janet Stump
EEOC
1801 L St, NW
Wash. D.C. 20507

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0004 6909 7650

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Re. Attachment C

Police Report & DCLB Security Dept. Reports of vandalism to my vehicle(s)

Thank you

Debby Cooper

Re: Attachment C
_____

Police Report & DCLB
Security Dept. Reports
of vandalism to my vehicle(s).

Thank you
Jody Cooper

# Metropolitan Police Department
## Event Based Event Report
Washington, D.C.

5146 latte C

## PART I - CLASSIFICATION OF EVENT

**1. TYPE OF REPORT:** ● Incident ○ Offense

**2. DATE AND TIME OF EVENT:**
- Start Date: Jan 09 2000
- Start Time: 06:00
- End Date: Feb 23 2000
- End Time: 09:00

**3. DATE OF REPORT:** Feb 16 2000
**4. TIME OF REPORT:** 14:50
**5-7. DISTRICT/SECTOR/BEAT:** 7 D 1 010
**8. COMPLAINT NUMBER:** 021267

**9. EVENT LOCATION ADDRESS:** 2101 MLK Ave. S.E.
- ● In front of

**10. REPORT RECEIVED BY:** ● Walk-in
**11. IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?:** ● No
**12. PROPERTY TYPE:** ● Public

**13. EVENT NO. 1:** Damage to Property

**16. FORCED ENTRY:** ● No

**20. SUSPECTED HATE CRIME?:** ● None

**21. SECURITY SYSTEM:** Not applicable

**22. LOCATION TYPE:** ● Street/Highway/Road

## PART II - VICTIM INFORMATION

**24. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Cooper, Toby

**26. VICTIM TYPE:** ● Individual

**27. DATE OF BIRTH:** Mar 14 64

**28. AGE RANGE:** ● 18-65 yrs.

**29. SEX:** ● Female

**30. HOME PHONE:** (703) 443-9045

**31. BUSINESS PHONE:** (202) 645-7945

**32. RACE/ETHNICITY:** ● Black

**33. HOME ADDRESS:** ● Non-DC Resident
43333 Crystal Lake St.
Leesburg, VA 20176

**34. BUSINESS ADDRESS/SCHOOL:** 2101 MLK Ave. S.E.
Washington, DC 20020-5731

**35. OCCUPATION:** Executive

**36. IS EVENT RELATED TO OCCUPATION?:** ● No

**37. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:** N/A

-251 4/99     Printed in U.S.A.     PAGE 1

## 55. IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.
☑ Yes  ☐ No

Name: _____  Address: _____  Phone-Area Code: _____

## 56. DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?
☐ Yes  ☑ No

## 56A. WAS PD FORM 378A ISSUED?
☐ Yes  ☐ No

## 57. IS CPO/TPO OUTSTANDING?
☐ Yes  ☐ No  ☐ Unknown   IF YES, ENTER CPO/TPO #: ___

## 58. INJURIES
Use the following codes to describe injuries. (Mark all that apply)

- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ☐ Victim / ☐ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | NMBOI GLTU | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |
| ☐ Victim / ☐ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | NMBOI GLTU | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |
| ☐ Victim / ☐ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | NMBOI GLTU | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |
| ☐ Victim / ☐ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | NMBOI GLTU | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |

## PART III - PROPERTY

### 59. Codes
- S = Stolen
- E = Evidence
- R = Recovered
- F = Found
- I = Impounded
- V = Vehicle from which theft occurred
- P = Suspected proceeds of crime
- O = Other
- D = Alleged drug type

a. Property Book & Page No.: ___  b. Location of Property Book: ___

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| O | Drivers Side Rear door scratched | | | | | 1 | 1000 | | 500.00 |

TOTAL VALUE ➤ 500.00

### 60. VEHICLE INFORMATION
Vehicle operated/used by: ☐ Victim  ☐ Suspect  ☐ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| O | 2000 | Toyota | Echo | Gray | 4D | VA/JJE5613 | JTDBT1239Y0078219 |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

### 61. #1
☐ Suspect  ☐ Missing

a. Race: ☐ Asian ☐ White ☐ Unknown ☐ Black ☐ Latino/Hispanic ☐ Other
b. Sex: ☐ Male ☐ Female ☐ Unknown
c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair
h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt
p. Perpetrator Suspected of Using: ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ☐ Handgun ☐ Shotgun ☐ Other firearm ☐ Revolver ☐ Semi-automatic ☐ Rifle ☐ Automatic
Other: ☐ Cutting instrument ☐ Hands/Feet/Teeth ☐ Other (specify) ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown
Color | Make | Model | Caliber

### 62. #2
☐ Suspect  ☐ Missing

a. Race: ☐ Asian ☐ White ☐ Unknown ☐ Black ☐ Latino/Hispanic ☐ Other
b. Sex: ☐ Male ☐ Female ☐ Unknown
c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair
h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt
p. Perpetrator Suspected of Using: ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ☐ Handgun ☐ Shotgun ☐ Other firearm ☐ Revolver ☐ Semi-automatic ☐ Rifle ☐ Automatic
Other: ☐ Cutting instrument ☐ Hands/Feet/Teeth ☐ Other (specify) ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown
Color | Make | Model | Caliber

### 63. #3
☐ Suspect  ☐ Missing

a. Race: ☐ Asian ☐ White ☐ Unknown ☐ Black ☐ Latino/Hispanic ☐ Other
b. Sex: ☐ Male ☐ Female ☐ Unknown
c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair
h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt
p. Perpetrator Suspected of Using: ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ☐ Handgun ☐ Shotgun ☐ Other firearm ☐ Revolver ☐ Semi-automatic
Other: ☐ Cutting instrument ☐ Hands/Feet/Teeth ☐ Other (specify) ☐ Blunt object ☐ None
Color | Make | Model | Caliber

## PART V - MISSING PERSONS

**64** PROBABLE CAUSE OF ABSENCE AND DESTINATION

**65** COMPLAINT NUMBER: 021267

**66** IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED:

**67** CLASSIFICATION
○ Critical
○ Non-critical

**68** CLASSIFIED BY:

**69** PHYSICAL/MENTAL CONDITION (i.e., diabetic)

**70** DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED

**71** NAME OF PARENT/GUARDIAN

**72** ADDRESS OF PARENT/GUARDIAN

**73** IF JUVENILE, ENTER MOTHER'S MAIDEN NAME

**74** MISSING PERSON SECTION NOTIFIED (Name)

**75** NARRATIVE — Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

C-1 Reports that during the listed dates and during the listed times, the listed vehicle was damaged in an unknown manner.

C-1's vehicle sustained damage to the passenger side rear door (scratched).

**76** EVIDENCE TECHNICIAN/CSES #

**77** NAME OF INVESTIGATOR NOTIFIED

**78** TELETYPE NOTIFIED (Name)

**79** TELETYPE #

NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED

**80** REPORTING OFFICER'S SIGNATURE: Susan M. Liaw  ELEMENT: CIV

**81** OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD)
○ USCP
○ USSS
○ METRO TRANSIT
○ OTHER

**82** SECOND OFFICER'S NAME

**83** SIGNATURE OF SUPERVISOR: [signature] Karm Byrd  ELEMENT: 2D

**PART VI - ADDITIONAL INFORMATION** (Use Form 251-C for additional victims or suspects.)

| 84 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | | | | 85 RELATED TO EVENT NO(S). ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |
|---|---|---|---|---|

| 86 | VICTIM TYPE | | | |
|---|---|---|---|---|
| ○ Individual | ○ Financial inst. | ○ Religious org. | ○ Police officer | |
| ○ Business | ○ Government | ○ Society/Public | ○ Other | |

| 87 DATE OF BIRTH ○ Unknown ○ NA | | | 88 AGE RANGE | 89 SEX | 90 HOME PHONE ( ) |
|---|---|---|---|---|---|
| Month | Day | Year | ○ 0-1 yr. | ○ Male | |
| ○ Jan | | | ○ 2-12 yrs. | ○ Female | |
| ○ Feb | | | ○ 13-17 yrs. | 91 Un-known | BUSINESS PHONE |
| ○ Mar | ⓪ ⓪ | ⓪ ⓪ | ○ 18-65 yrs. | | ( ) |
| ○ Apr | ① ① | ① ① | ○ Over 65 | | |
| ○ May | ② ② | ② ② | 92 RACE/ETHNICITY (Mark all that apply) | | |
| ○ Jun | ③ ③ | ③ ③ | ○ American Indian/Alaskan Native  ○ Japanese | | |
| ○ Jul | ④ ④ | ④ | ○ Asian/Pacific Islander  ○ Korean | | |
| ○ Aug | ⑤ ⑤ | ⑤ | ○ Black  ○ Vietnamese | | |
| ○ Sep | ⑥ ⑥ | ⑥ | ○ Chinese  ○ White | | |
| ○ Oct | ⑦ ⑦ | ⑦ | ○ Latino/Hispanic  ○ Other | | |
| ○ Nov | ⑧ ⑧ | ⑧ | ○ Jamaican  ○ Unknown/Refused | | |
| ○ Dec | ⑨ ⑨ | ⑨ | | | |

| 93 HOME ADDRESS | ○ DC Resident | ○ Non-DC Resident | ○ Unknown |
|---|---|---|---|

| 94 | BUSINESS ADDRESS/SCHOOL |
|---|---|

| 95 OCCUPATION | 96 IS EVENT RELATED TO OCCUPATION? ○ Yes  ○ No  ○ Unknown |
|---|---|

| 97 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1 |
|---|

| 98 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 99 RELATED TO EVENT NO(S). ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |
|---|---|

| 100 | VICTIM TYPE | | |
|---|---|---|---|
| ○ Individual | ○ Financial inst. | ○ Religious org. | ○ Police officer |
| ○ Business | ○ Government | ○ Society/Public | ○ Other |

| 101 DATE OF BIRTH ○ Unknown ○ NA | | | 102 AGE RANGE | 103 SEX | 104 HOME PHONE ( ) |
|---|---|---|---|---|---|
| Month | Day | Year | ○ 0-1 yr. | ○ Male | |
| ○ Jan | | | ○ 2-12 yrs. | ○ Female | |
| ○ Feb | | | ○ 13-17 yrs. | 105 Un-known | BUSINESS PHONE ( ) |
| ○ Mar | ⓪ ⓪ | ⓪ ⓪ | ○ 18-65 yrs. | | |
| ○ Apr | ① ① | ① ① | ○ Over 65 | | |
| ○ May | ② ② | ② ② | 106 RACE/ETHNICITY (Mark all that apply) | | |
| ○ Jun | ③ ③ | ③ ③ | ○ American Indian/Alaskan Native  ○ Japanese | | |
| ○ Jul | | ④ ④ ④ | ○ Asian/Pacific Islander  ○ Korean | | |
| ○ Aug | | ⑤ ⑤ ⑤ | ○ Black  ○ Vietnamese | | |
| ○ Sep | | ⑥ ⑥ ⑥ | ○ Chinese  ○ White | | |
| ○ Oct | | ⑦ ⑦ ⑦ | ○ Latino/Hispanic  ○ Other | | |
| ○ Nov | | ⑧ ⑧ ⑧ | ○ Jamaican  ○ Unknown/Refused | | |
| ○ Dec | | ⑨ ⑨ ⑨ | | | |

| 107 HOME ADDRESS | ○ DC Resident | ○ Non-DC Resident | ○ Unknown |
|---|---|---|---|

| 108 | BUSINESS ADDRESS/SCHOOL |
|---|---|

| 109 OCCUPATION | 110 IS EVENT RELATED TO OCCUPATION? ○ Yes  ○ No  ○ Unknown |
|---|---|

| 111 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1 |
|---|

| 112 #1 Suspect Missing | a. Race Asian  White Black  Latino/Hispanic  Unknown  Other | b. Sex Male  Female  Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol  ○ Drugs  ○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Handgun Revolver Rifle | Firearm Shotgun Semi-automatic Automatic | Other firearm | Cutting instrument Blunt object Motor vehicle | Other Hands/Feet/Teeth  None  Unknown | Other (specify) _____ | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|

| 113 #2 Suspect Missing | a. Race Asian  White Black  Latino/Hispanic | Unknown Other | b. Sex Male  Female  Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|---|
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol  ○ Drugs  ○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Handgun Revolver Rifle | Firearm Shotgun Semi-automatic Automatic | Other firearm | Cutting instrument Blunt object Motor vehicle | Other Hands/Feet/Teeth  None  Unknown | Other (specify) _____ | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|

| 114 #3 Suspect Missing | a. Race Asian  White Black  Latino/Hispanic | Unknown Other | b. Sex Male  Female  Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|---|
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol  ○ Drugs  ○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Handgun Revolver Rifle | Firearm Shotgun Semi-automatic Automatic | Other firearm | Cutting instrument Blunt object Motor vehicle | Other Hands/Feet/Teeth  None  Unknown | Other (specify) | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|

CCN   021-267

PAGE 4

# METROPOLITAN POLICE DEPARTMENT
## SUPPLEMENT REPORT

P.D. 252 Rev. 10/88 — Washington, D.C.

| 1. DISTRICT | 2. BEAT | 3. RA | 4. ORIGINAL CLASSIFICATION | 5. COMPLAINT NUMBER |
|---|---|---|---|---|
| Seventh District | 701 | | Damage To Property | 021-267 |

| 6. DATE OF THIS REPORT | 7. REPORTING ELEMENT | 8. CLASSIFICATION OF REPORT CHANGED TO: |
|---|---|---|
| 03/21/06 | Seventh District | |

| 9. DATE AND TIME OF EVENT | 10. DATE AND TIME OF ORIG. RPT. | 11. EVENT LOCATION | 12. PROPERTY TYPE |
|---|---|---|---|
| 1/9/06 0900 - 1/23/06 2000 | 2/16/06 1450 | 2101 MLK Jr. Ave Se | ☒ PRIVATE ☐ PUBLIC |

| 13. RADIO RUN RECEIVED | TIME RECEIVED | 14. DESCRIBE LOCATION | 15. WHERE ENTERED | 16. TOOLS / WEAPONS | 17. METHODS |
|---|---|---|---|---|---|
| ☐ YES ☒ NO | | Parking Lot | N/A | N/A | N/A |

| 18. COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH | B. COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| A. ☐ Cooper, Toby | F | | | Adult | | | |

### 19. SUSPECT / MISSING PERSON INFORMATION

| | RACE | SEX | AGE | HGT | WGT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ SUSPECT ☐ MISSING PERSON | | | | | | | | | | | | | | |
| ☐ SUSPECT ☐ MISSING PERSON | | | | | | | | | | | | | | |

### 20. SOLVABILITY FACTORS

Complete each item below. If additional space is needed, use the narrative section. If necessary, use PD Form 251-A. Refer to the specific item numbers when continuing information in the narrative section or on PD Form 251-A.

| | | YES | NO | |
|---|---|---|---|---|
| A | IS THERE A WITNESS? | ☐ | ☐ | If yes, enter name(s), address(es), phone number(s), hours of availability and brief account. |
| B | IS A SUSPECT NAMED? | ☐ | ☐ | Enter the name and include any nickname used. |
| C | IS THE STOLEN PROPERTY TRACEABLE? | ☐ | ☐ | Include reason why or why not. |
| D | IS PHYSICAL EVIDENCE PRESENT? | ☐ | ☐ | Describe it. |
| E | IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☐ | ☐ | If yes, describe the relationship. |
| F | WAS A REFERRAL FORM GIVEN TO COMPLAINANT? | ☐ | ☐ | |
| G | DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW | | | Give any address, place of employment, or hangout known for the perpetrator(s) |
| H | | | | List the name, address, phone number and any information provided when the area was canvassed. |
| J | TO BE COMPLETED BY CRIME ANALYSIS | IS AN MO OR PATTERN INDICATED? ☐ YES ☐ NO | | DESCRIBE MO OR PATTERN |

### 21. ADDITIONAL STOLEN PROPERTY

| CODE | ITEM | SERIAL NO. / OPERATION ID NO. | MODEL NO. | COMP. VALUE | AGE | MPDC VALUE | PROPERTY BOOK |
|---|---|---|---|---|---|---|---|
| | | | | | | | BOOK PAGE NO. |
| | | | | | | | ADDITIONAL VALUE |
| | | | | | | | ORIGINAL VALUE |
| | | | | | | | TOTAL PROP. VALUE |

| YEAR | MAKE | MODEL | COLOR | BODY | TAG / STATE / YEAR | VEHICLE IDENTIFICATION NO. | |
|---|---|---|---|---|---|---|---|
| 2000 | Toyota | Echo | Gray | 4-Door | JHE5813/VA/06 | JTDBT123 9Y0078219 | * * * |

### 22. NARRATIVE

Record your activity and all developments in the case subsequent to your last report. List the name, addresses, sex, race, age, and arrest numbers of all arrested persons. Explain any change in classification. List the name, addresses, and telephone numbers of all witnesses and suspects.

C-1 reports that the original report did not accurately reflect the extent of the damage as she reported it. She reports that the damage to her above listed auto consisted of a lengthy, linear scratch that runs the length of the driver's door and left passenger door.

*** Value of vehicles will be entered by the Information Processing Section, Data Processing Division

| STATUS | | | | 24. TELETYPE NO. | 25. SOLVABILITY RATING | 26. SOLVABILITY CLASSIFICATION |
|---|---|---|---|---|---|---|
| ☐ OPEN ☐ PRIOR CLOSED ☐ CLOSED | ☐ SUSPEND ☐ INVESTIGATIVE FURTHER | ☐ UNFOUNDED (Explain in No. 22) ☐ SUSPENDED (Explain in No. 22) | | | | |

| INVESTIGATIVE REVIEW OFFICER | INVESTIGATIVE OFFICER'S SIGNATURE | | 28. SUPERVISOR'S RECOMMENDATION | | | |
|---|---|---|---|---|---|---|
| Sgt. Michael Barron | [signature] | | ☐ SUSPEND ☐ INVESTIGATIVE FURTHER | | | |

| REPORTING MEMBER'S SIGNATURE | BADGE / ELEM. | 30. INVESTIGATOR'S SIGNATURE | BADGE / ELEM. | 31. SUPERVISOR'S SIGNATURE | BADGE / ELEM. |
|---|---|---|---|---|---|
| | S0134 7D | | | Lt. Wilson E. Williams | 1263/7D |

| 33. SUPERVISOR | BADGE / ELEM. | 34. REVIEWER | 35. DISTRIBUTION |
|---|---|---|---|
| | | | 04/05/06 |

PAGE 1 OF PAGES

*Stolen Binders*

# DC LOTTERY & CHARITABLE GAMES
## SECURITY DEPARTMENT

## INCIDENT REPORT

| 1. Incident Number | |
|---|---|
| **2. Victim or Subject** Toby Cooper | **Division or Office** Exec. Office | **Telephone Number** (202) 645-7945 |

**3. Residence of Victim or Subject:** Toby Cooper

**4. Type of Incident:** (2) Binders have been removed from my office — 1) 1st Binder - MUSL  2) 2nd Binder - IT Dept

**5. Location of Occurrence:** My Office

**6. Time of Occurrence (on or between):** Hour / Day of Week / Month / Day / Year

**7. Time Reported:** 11:00 AM | Hour 11:00 | Day of Week Friday | Month 2 | Day 3 | Year 06

**8. Reported By:** Toby Cooper | **Division or Office** DCLB | **Telephone Number** 202-645-7945

**9. Details:** (2) Binders that I work with have been removed from my office without my knowledge or consent. The binders are 1) The IT Dept. Soft Binder. The second Binder is the IT Dept MUSL Binder.

**Witness:**

**Emergency Response:**

**Worker's Compensation Contact/ Curtis Properties Representative:**

Toby Cooper

**10. Signature of individual reporting the incident:**

## INCIDENT REPORT
### Instructional Notes

| Item Number(s) | Instructions |
|---|---|
| 1. | This block is to be completed by the Security Department. |
| 2-8 | Please respond to all applicable sections in these blocks which are self explanatory. |
| 9. | Please state briefly what occurred. If additional space is needed, use the attached 8 ½ x 11 white paper. |
| 10. | Signature of individual reporting the incident. |

After completing the form, return it to the Security Department, 2nd floor or call 645-8080/81.

C:\My Documents\secdept incident report.doc

Car Scratches

## DC LOTTERY & CHARITABLE GAMES
## SECURITY DEPARTMENT

## INCIDENT REPORT

| 1. Incident Number | |
|---|---|
| 2. Victim or Subject: Toby Cooper | Division or Office: Exec. Office | Telephone Number: (202) 645-7945 |
| 3. Residence of Victim or Subject: Toby Cooper | | |
| 4. Type of Incident: My car was scratched on left driver side door | | |
| 5. Location of Occurrence: D.C.L.B. Parking Lot | | |
| 6. Time of Occurrence (on or between) | Hour | Day of Week | Month | Day | Year |
| 7. Time Reported: 11:40 AM | 11:40 | Thursday | 2 | 9 | 06 |
| 8. Reported By: Toby Cooper | Division or Office: DCLB | Telephone Number: 202-645-7945 |

9. Details:

Witness:

Emergency Response:

Worker's Compensation Contact/ Curtis Properties Representative:

10. Signature of individual reporting the incident: Toby Cooper    2/9/06



1-24-06



1-24-06



1-24-06






## CERTIFICATE OF SERVICE

I, TOBY COOPER, will mail a copy of this motion to:

- Office of the Chief Financial Officer
  441 4th St. N.W.
  Suite 1150N
  Washington, D.C. 20001

- District of Columbia Lottery and Charitable Games Control Board
  2100 Martin Luther King Ave, S.E.
  Washington, D.C. 20020-5731

- Washington, DC Government
  Mayors Correspondence Unit
  1350 Pennsylvania Ave, N.W.
  Room 221
  Washington, D.C. 20004

on July 10, 2007.

Toby Cooper
Toby Cooper
43333 Crystal Lake St.
Leesburg, VA, 20176
Ph: 703-443-9045