United States District Court
For the District of Columbia

Toby Cooper
vs
District of Columbia Lottery
and Charitable Games
Control Board, et al

case # 1-07-CV-01229-EGS

## Plantiff's Notice of Filing

I, Toby Cooper filed a complaint and am now attaching the letter for Right to Sue to the complaint

Attachment A — Notice of Right to Sue letter from Dept. of Justice

signature: Toby Cooper
print: Toby Cooper
Address: 43333 Crystal Lake St.
Leesburg, VA 20176
Ph: 703-443-9045
Fax: 703-443-9048

RECEIVED
AUG 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



U.S. Department of Justice

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5057 5885

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

August 24, 2007

Ms. Toby Cooper
43333 Crystal Lake St.
Leesburg, VA  20176

Re:  EEOC Charge Against DC Lottery and Charitable Games Control Bd.
     No. 570200700679

Dear Ms. Cooper:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Wan J. Kim
Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc:  Washington Field Office, EEOC
     DC Lottery and Charitable Games Control Bd.