**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**RECEIVED**

NOV - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Toby Cooper
43333 Crystal Lake St
Leesburg, VA 20176

vs.

*District of Columbia Lottery Charitable*
Jeanette Michael    *Games Control Board et al*    Case: 1:07-CV-01229-EGS
Executive Director
Washington DC Lottery and Charitable Games Control Board
2100 Martin Luther King Jr., Avenue, SE
Washington, DC 20020-5731

## AFFIDAVIT OF SERVICE

I, (name the person who actually mailed the summons/complaint), hereby declare that on the 22 day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to (name of defendant) *General Counsel, District of Columbia Charitable Games Control Board*. Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
District of Columbia
Lottery Charitable
Games Control Board
2100 Martin Luther
King Jr Ave. S.E.
Washington, D.C.
20020-5731

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Russell E Bell*   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 1490 0003 0307 5772

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Leesburg, VA 20176
703-443-9045

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Toby Cooper
43333 Crystal Lake St
Leesburg, VA 20176

vs.

District of Columbia Cheritebel
Dr. Natwar Gandhi   Games & Control
Chief Financial Officer of the District of Columbia   Bond Mal
Office of the Chief Financial Office
441 4th St., NW
Suite 1150N
Washington, DC 20004

Case: 1-07-cv-01229-EGS

## AFFIDAVIT OF SERVICE

I, (name the person who actually mailed the summons/complaint), hereby declare that on the 22 day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to ~~(name of defendant)~~. Attached hereto is the certified green card acknowledging service. Office of the Chief Financial Office, Dr. Ghandi

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Office of the Chief
Financial Office
441 4th St. N.W.
Suite 1150N
Washington, D.C.
20001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: Morgan Norris   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Morgan Norris    C. Date of Delivery: 10-29-07
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0003 0307 5765

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

703-443-9045

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Toby Cooper
43333 Crystal Lake St
Leesburg, VA 20176

vs.

District of Columbia Charitable Games Control Board et al

Honorable Adrian Fenty
Mayors Correspondence Unit
1350 Pennsylvania Ave., NW
Room 221
Washington, DC 20004

Case #: 1:07-CV-01229-EGS

## AFFIDAVIT OF SERVICE

I, (name the person who actually mailed the summons/complaint), hereby declare that on the 22 day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to (name of defendant) Honorable Adrian Fenty - Mayors Correspondence. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X [signature]  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) [illegible]   C. Date of Delivery 10-23-2007<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Washington D.C.<br>Government<br>Mayors Correspondence<br>Unit<br>1350 Pensylvania Ave, N.W.<br>Rm 221<br>Washington D.C. 20004 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 1490 0003 0307 5758 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

Leesburg, VA 20176
703-443-9045