IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Toby Cooper,<br>43333 Crystal Lake Street<br>Leesburg, VA 20176<br><br>      **Plaintiff,**<br><br>      v.<br><br>**District of Columbia Lottery and Charitable Games Control Board**<br>2100 Martin Luther King Avenue, S.E.<br>Washington, DC 20020<br><br>Washington D.C. Government<br>Mayors Correspondence Unit<br>1350 Pennsylvania Avenue, NW<br>Room 221<br>Washington, DC 20004<br><br>And<br><br>Office of the Chief Financial Officer<br>441 4th Street, N.W.<br>Suite 1150N<br>Washington, DC 20001<br><br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:07-cv-01229 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO COMPLAINT**

Defendants District of Columbia Lottery and Charitable Games Control Board,

Washington D.C. Government  Mayors Correspondence Unit and the Office of the Chief

Financial Officer (collectively "District of Columbia" or "Defendants"), through counsel,

hereby move the court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time until

November 30, 2007 within which to respond to the Complaint. In support of this motion, Defendants rely upon the attached memorandum of points and authorities of law.

DATED: November 13, 2007    Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


 /s/ Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


 /s/ Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

And

 /s/ Mary E. Pivec
Mary E. Pivec (#4457601)
M. Ginger McCauley (#478528)
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC  20001
202-434-4212
202-434-4646 Fax
pivec@khlaw.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 13, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served by First Class mail upon:

> Toby Cooper
> 43333 Crystal Lake Street
> Leesburg, VA  20176

>                    /s/ Mary E. Pivec___
>                    Mary E. Pivec

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Toby Cooper,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:07-cv-01229 (EGS) |
| | ) |
| **District of Columbia Lottery and Charitable Games Control Board,** *et. al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

1. Plaintiff's Complaint alleges that she was the victim of sexual harassment and retaliation while employed by the District of Columbia.

2. Defendants' response to the Complaint is due on November 16, 2007.

2. Defendants' counsel requires additional time to investigate Plaintiff's allegations before an appropriate response can be filed.

3. Defendants believe that a response to the Complaint can be filed by November 30, 2007.

4. Counsel for Defendants has attempted to reach Plaintiff to obtain her consent to this motion, but Plaintiff could not be reached.

5. Defendants reserve all defenses to Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request that their motion be granted and that the time for them to respond to the Complaint be enlarged until November 30, 2007.

DATED: November 13, 2007       Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/ Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163



  /s/ Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

And

  /s/ Mary E. Pivec
Mary E. Pivec (#4457601)
M. Ginger McCauley (#478528)
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC  20001
202-434-4212
202-434-4646 Fax
pivec@khlaw.com
Attorney for Defendants

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Toby Cooper,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**District of Columbia Lottery and Charitable** )<br>**Games Control Board,** *et al.* )<br>)<br>**Defendants.** )<br>_____) | Case No.: 1:07-cv-01229 (EGS) |

### ORDER

Upon the motion of the Defendants for an enlargement of time within which to respond to the Complaint and for good cause shown, it is this \_\_\_\_\_ day of _____, 2007 hereby;

ORDERED, that Defendants' motion be and the same hereby is granted, and it is further

ORDERED, that Defendant shall have until November 30, 2007 to respond to Plaintiff's Complaint.

_____
Emmet G. Sullivan
Federal District Judge

**Copies:**

Toby Cooper
43333 Crystal Lake Street
Leesburg, VA  20176

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714

Mary E. Pivec
Keller and Heckman LLP

1001 G Street, N.W.
Suite 500 West
Washington, DC  20001