### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Toby Cooper, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cv-01229 (EGS) |
| | ) | |
| District of Columbia Lottery and Charitable | ) | |
| Games Control Board, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants District of Columbia Lottery and Charitable Games Control Board,

Washington D.C. Government  Mayors Correspondence Unit and the Office of the Chief

Financial Officer (collectively "District of Columbia" or "Defendants"), through counsel,

hereby move the court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time until

December 10, 2007 within which to respond to the Complaint.  In support of this motion,

Defendants rely upon the attached memorandum of points and authorities of law.

DATED: December 7, 2007          Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/ Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


  /s/ Jack M. Simmons, III

1

JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

And


 /s/ M. Ginger McCauley
Mary E. Pivec (#4457601)
M. Ginger McCauley (#478528)
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC  20001
202-434-4212
202-434-4646 Fax
pivec@khlaw.com
Attorney for Defendants




## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 7, 2007, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system and served by First

Class mail upon:

Toby Cooper
43333 Crystal Lake Street
Leesburg, VA  20176


 /s/ M. Ginger McCauley
M. Ginger McCauley

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Toby Cooper, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cv-01229 (EGS) |
| | ) | |
| District of Columbia Lottery and Charitable | ) | |
| Games Control Board, *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

1.     Plaintiff's Complaint alleges that she was the victim of sexual harassment and retaliation while employed by the District of Columbia.

2.     Defendants' response to the Complaint is due on December 7, 2007.

2.     Defendants' counsel requires a brief amount of additional time before an appropriate response can be filed.

3.     Defendants believe that a response to the Complaint can be filed by December 10, 2007.

4.     Counsel for Defendants has attempted to reach Plaintiff to obtain her consent to this motion, but Plaintiff could not be reached.

5.     Defendants reserve all defenses to Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request that their motion be granted and that the time for them to respond to the Complaint be enlarged until December 10, 2007.

DATED: December 7, 2007      Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/ Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


   /s/ Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

And

  /s/ M. Ginger McCauley
Mary E. Pivec (#4457601)
M. Ginger McCauley (#478528)
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC  20001
202-434-4212
202-434-4646 Fax
pivec@khlaw.com
Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Toby Cooper, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-01229 (EGS) |
| ) | |
| District of Columbia Lottery and Charitable ) | |
| Games Control Board, *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Upon the motion of the Defendants for an enlargement of time within which to respond

to the Complaint and for good cause shown, it is this _____ day of _____, 2007

hereby;

ORDERED, that Defendants' motion be and the same hereby is granted, and it is further

ORDERED, that Defendant shall have until December 10, 2007 to respond to Plaintiff's

Complaint.


_____
Emmet G. Sullivan
Federal District Judge


**Copies:**

Toby Cooper
43333 Crystal Lake Street
Leesburg, VA  20176

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714

Mary E. Pivec

Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC  20001