UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
Toby Cooper,                  )
                              )
          Plaintiff           )
                              )
     v.                       )   Civ. No. 07-1229 (EGS)
                              )
District of Columbia          )
Charitable Games Board et al.,)
                              )
          Defendants.         )
_____)
```

**ORDER**

Upon consideration of [12], the Defendants' Report Pursuant to LCvR 16.3, the Court shall schedule an Initial Scheduling Conference for February 11, 2008 at 11:00 a.m. in Courtroom #24A.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**January 30, 2008**

Notice sent via U.S. Mail and facsimile to:

Toby Cooper
43333 Crystal Lake Street
Leesburg, VA 20176
Fax Number (703)443-9048