```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
                               )
Toby Cooper,                   )
                               )
          Plaintiff            )
                               )
     v.                        )    Civ. No. 07-1229 (EGS)
                               )
District of Columbia           )
Charitable Games Board et al.,)
                               )
          Defendants.          )
_____)
```

### ORDER

In accordance with the status hearing held on February 11, 2008, and it appearing to the Court that all parties have consented to the referral of this case to a United States Magistrate Judge for settlement purposes; it is hereby

**ORDERED** that this case is referred to U.S. Magistrate Judge Alan Kay for settlement purposes. Parties and persons with settlement authority are directed to attend the settlement sessions; and it is

**FURTHER ORDERED** that the Clerk appoint counsel for the plaintiff from the Civil Pro Bono Panel for the purpose of mediation in the above-captioned matter; and it is

**FURTHER ORDERED** that the appointment shall be subject to the provisions of the "Guidelines for Court-Appointed Mediation Counsel," which is attached to and is hereby incorporated by reference in this Order; and it is

**FURTHER ORDERED** that a status hearing is scheduled for **April**

**18, 2008, at 12:30 p.m.,** before the undersigned Judge; and it is

**FURTHER ORDERED** that to facilitate settlement discussions, further proceedings in this case shall be **STAYED** until **April 18, 2008.**

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**February 11, 2008**

Notice sent via U.S. Mail to:

Toby Cooper
43333 Crystal Lake Street
Leesburg, VA 20176

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GUIDELINES FOR COURT-APPOINTED MEDIATION COUNSEL**

Please observe these guidelines when serving as Court-appointed mediation counsel.

1. The party whom you have been appointed to represent has filed an action *pro se*. <u>You have been appointed for the limited purpose of representing your client during the process of mediation.</u>

2. As soon as possible, but in any event within 30 days of receipt of the notice of appointment, you should enter your appearance or withdraw from the case. (Withdrawal might be necessary if, for instance, you have a conflict of interest or if you are unable to agree with the litigant about a fundamental matter of strategy.)

3. Your notice of appearance should state that you are entering your appearance for the limited purpose of representing the litigant during the mediation process.

4. As appointed mediation counsel, you are under no duty to engage in discovery or motions practice. If, however, you find that the opposing party has not completed outstanding discovery to your client, and such discovery is necessary to proceed with mediation, you may advise the mediator of this fact and schedule the mediation session after the completion of such discovery.

5. After entering your appearance, you should promptly contact the Court and request a status conference to schedule the mediation. The Court will schedule a time period within which mediation should be completed, and will issue an order referring the case to mediation. A court-appointed mediator will contact you and counsel for the opposing party to schedule the exact time and place of the mediation session(s).

6. You should assist your client in deciding whether and on what terms to settle the case, assist the client in drafting and reviewing any necessary agreements and related court papers, and then notify the Court of the outcome of mediation.

7. In the event that the mediation is not successful in resolving the case, then within 30 days after the termination of the mediation process you should either (i) withdraw your appearance or (ii) at your option and with the agreement of your client, enter your appearance as counsel of record for your client for purposes of resolving the case on the merits. If you decide to represent your client on the merits, your representation will be deemed an appointment of counsel pursuant to Local Civil Rule 83.11.