UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Toby Cooper,

    Plaintiff

v.

Civil Action No. 07-1229 (EGS)

District of Columbia Lottery and
Charitable Games Control Board *et al.*,

    Defendants

### NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE OF MEDIATION

I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

*Toby Cooper*
Signature *of* pro se *party*

Toby Cooper
Name *of* pro se *party (printed)*

43333 Crystal Lake St.
Address

Leesburg, VA 20176
City  State  Zip

703-443-9045
Telephone

Dated: 2/15/08