IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Toby Cooper, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-01229 (EGS) |
| ) | |
| District of Columbia Lottery and Charitable ) | |
| Games Control Board, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## WITHDRAWAL OF APPEARNANCE

The Clerk of Court will please withdraw the appearance of M. Ginger McCauley as counsel for Defendants District of Columbia Lottery and Charitable Games Control Board ("DCLB"), Government of the District of Columbia, and the Office of the Chief Financial Officer ("OCFO") (collectively "Defendants"). Defendants will continue to be represented by Mary E. Pivec, Esq., of the law firm of Keller and Heckman LLP.

DATED: March 21, 2008         Respectfully submitted,

/s/ M. Ginger McCauley
Mary E. Pivec (#4457601)
M. Ginger McCauley (#478528)
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC 20001
202-434-4212
202-434-4646 Fax
pivec@khlaw.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served by First Class mail upon:

>Toby Cooper
>43333 Crystal Lake Street
>Leesburg, VA  20176

>/s/ M. Ginger McCauley
>M. Ginger McCauley