United States District Court
For District of Columbia

Toby Cooper
              Plaintiff

VS

District of Columbia Charitable Games           Civil Case No: 07-1229 (EGS)
And Control Board, et al.

              Defendants

Motion for ~~[struck]~~ of Pro Bono appointed Counsel for Mediation

I received an order from Judge Emmet G. Sullivan, filed on February 11, 2008,

stating that, a pro bono appointed counsel for limited purposes of mediation would be

Assigned to my case. To this date, no pro bono appointed counsel has been assigned to

my case. I am writing you to request that a pro bono counsel be assigned to my case.

Toby Cooper _/s/ Toby Cooper_
43333 Crystal Lake St.
Leesburg, VA 20176
Ph: 703-443-9045
Date: 3/28/08

RECEIVED
MAR 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I, Toby Cooper will mail a copy of this motion to:

- Office of the Chief Financial Officer
  441 4th St. N.W.
  Suite 1150N
  Washington, D.C. 20081

- District of Columbia Lottery and Charitable Games Control Board
  2100 Martin Luther King Ave, S.E.
  Washington, D.C. 20020-5731

- Washington D.C. Government
  Mayor's Correspondence Unit
  1350 Pennsylvania Ave, N.W.
  Room 221
  Washington, D.C. 20004

on March 28, 2008

Toby Cooper
Toby Cooper
43333 Crystal Lake St., Leesburg, VA
Ph: 703-443-9045   20176