UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOBY COOPER, | ) | |
|      Plaintiff, | ) | |
| | ) | |
|      v. | ) | Civil No. 07-01229 (EGS) |
| | ) | |
| D.C. LOTTERY AND CHARITABLE | ) | |
| GAMES CONTROL BOARD, *et al.*, | ) | |
|      Defendants. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of the undersigned Jack M.

Simmons, III, Assistant Attorney General, as counsel for the District of Columbia.


Dated: April 8, 2008            Respectfully submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division


                            /s/   *Kimberly M. Johnson*
                            KIMBERLY MATTHEWS JOHNSON
                            Chief, Section 1
                            DC Bar No. 435163


                            /s/   *Jack M. Simmons, III*
                            JACK M. SIMMONS, III
                            Assistant Attorney General
                            DC Bar No. 925420
                            441 Fourth St., NW, Sixth Floor South
                            Washington, DC  20001-2714

(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

### Certificate of Service

This is to certify that on April 8, 2008, the foregoing entry of appearance was served by depositing a copy thereof in the U.S, mails, first class postage prepaid on the following:

Plaintiff:

 Ms. Toby Cooper
43333 Crystal lake St.
Leesburg, VA  20176

This is to further certify that on April 8, 2008, the foregoing entry of appearance was served by transmission to the Court's electronic filing service with instructions to serve the following:

D.C. Lottery and Charitable Games Control Board:

Mary Pivec, Esq.
Keller & Heckman
1001 G St., NW
Suite 500-West
Washington, DC  20001

  /s/   *Jack M. Simmons, III*
JACK M. SIMMONS, III
Assistant Attorney General

- 2 -