UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOBY COOPER　　　　　　　　　　　* | |
| 　　　　　　　　　　　　　　　　　* | |
| 　　　Plaintiff,　　　　　　　　　　* | |
| 　　　　　　　　　　　　　　　　　* | |
| 　　　v.　　　　　　　　　　　　　* | C.A. No.  07-01229 (EGS)(AK) |
| 　　　　　　　　　　　　　　　　　* | |
| D.C. LOTTERY and CHARITABLE　　* | |
| 　GAMES CONTROL BOARD　　　　* | |
| 　　　　　　　　　　　　　　　　　* | |
| 　　　Defendant.　　　　　　　　　* | |
| _____* | |

NOTICE OF APPEARANCE FOR THE LIMITED PURPOSE OF MEDIATION

   The Clerk of the Court will please note the appearance of Gary T. Brown in this matter for the limited purpose of representing Ms. Cooper, Plaintiff here, in the court's mediation process before Magistrate Judge Kay.


　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Gary T. Brown
　　　　　　　　　　　　　　　　　D.C. Bar No 246314
　　　　　　　　　　　　　　　　　Gary T. Brown & Associates
　　　　　　　　　　　　　　　　　1111 Fourteenth St., N.W.
　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　Washington, D.C.  20005