**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOBY COOPER                    * | |
|                               * | |
|    Plaintiff,                        * | |
|                               * | |
| v.                                          * | Civil No: 07-01229 EGS |
|                               * | |
| D.C. LOTTERY AND CHARITABLE     * | |
| GAMES CONTROL BOARD, et al.     * | |
|                               * | |
|    Defendants.                    * | |
|                               * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Philip B. Zipin, Esq., The Zipin Law Firm, LLC, as counsel for Plaintiff in this matter.

Dated: May 2, 2008                                              Respectfully submitted,

                                                                         _____/s/_____
                                                                         Philip B. Zipin, Bar No. 367362
                                                                         The Zipin Law Firm, LLC
                                                                         8403 Colesville Road, Suite 610
                                                                         Silver Spring, Maryland 20910
                                                                         Phone: 301-587-9373
                                                                         Fax: 301-587-9397
                                                                         Email: pzipin@zipinlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  This is to certify that on May 2, 2008, the foregoing Entry of Appearance was served by transmission to the Court's Electronic Filing Service with instructions to serve the following:

  Mary Picec, Esq.
  Keller & Heckman
  1001 G St., NW
  Suite 500 – West
  Washington, DC 20001

and

  Jack M. Simmons, III
  Assistant Attorney General
  441 Fourth St., NW, Sixth Floor South
  Washington, DC 20001

                _____/s/_____
                Philip B. Zipin