IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOBY COOPER | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No: 07-01229 EGS |
| | * | |
| D.C. LOTTERY AND CHARITABLE | * | |
| GAMES CONTROL BOARD, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO WITHDRAW

Philip B. Zipin and The Zipin Law Firm, LLC, counsel for Plaintiff in this matter, hereby file this Motion to Withdraw as Counsel and, in support thereof, state as follows:

1. A serious and irreparable rift has developed between Plaintiff and her undersigned counsel. This rift is the result of significant communication difficulties between client and counsel, which has made it increasingly difficult for counsel to represent Plaintiff effectively and ethically.

2. On June 16, 2008, undersigned counsel received an email from Plaintiff informing him that he has been discharged as counsel for Plaintiff. Plaintiff has subsequently confirmed this communication via telephone. Undersigned counsel no longer has authority to act on behalf of Plaintiff.

3. Undersigned counsel has advised Plaintiff that, as undersigned counsel has been discharged, Plaintiff must have new counsel file an appearance in the case or she must notify the Clerk that she intends to proceed without counsel.

4. As of this date, no new counsel has entered an appearance on behalf of Plaintiff.

5.   As this matter is still in pre-discovery mediation, there is no prejudice which will occur if this Motion is granted at this time.

6.   Undersigned counsel certifies that Plaintiff's last known address is 43333 Crystal Lake Street, Leesburg, VA 20176.

7.   Counsel for Defendant has indicated that Defendant has no objection to the granting of this Motion.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the Motion to Withdraw.

Dated: June 22, 2008                                          Respectfully submitted,

                                                              _____/s/_____
                                                              Philip B. Zipin, Bar No. 367362
                                                              The Zipin Law Firm, LLC
                                                              8403 Colesville Road, Suite 610
                                                              Silver Spring, Maryland 20910
                                                              Phone: 301-587-9373
                                                              Fax: 301-587-9397
                                                              Email: pzipin@zipinlaw.com

                                                              *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  This is to certify that on June 22, 2008, the foregoing Motion to Withdraw was served by transmission to the Court's Electronic Filing Service with instructions to serve the following:

  Mary Pivec, Esq.
  Keller & Heckman
  1001 G St., NW
  Suite 500 – West
  Washington, DC 20001

and

  Jack M. Simmons, III, Esq.
  Assistant Attorney General
  441 Fourth St., NW, Sixth Floor South
  Washington, DC 20001

With a copy being mailed to Toby Cooper, 43333 Crystal Lake Street, Leesburg, VA 20176.

                _____/s/_____
                Philip B. Zipin

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOBY COOPER | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil No: 07-01229 EGS |
| | * |
| D.C. LOTTERY AND CHARITABLE | * |
| GAMES CONTROL BOARD, et al. | * |
| | * |
| Defendants. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Plaintiff's counsel having filed a Motion to Withdraw, and the Court considering the Motion to be meritorious, and considering that Plaintiff has discharged Philip B. Zipin, Esq. and The Zipin Law Firm, LLC as her counsel, it is hereby this _____ day of _____, 2008

**ORDERED**, that the Motion be and the same hereby is GRANTED; and it is further

**ORDERED**, that the appearances of Philip B. Zipin and The Zipin Law Firm, LLC, shall hereby be stricken as counsel for Plaintiff.

_____
Judge, United States District Court for the District of Columbia