**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **TOBBY COOPER** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **C.A. No. 07-1229** |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| _____) | |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

The clerk of the Court will note the appearance of Karl W. Carter, Jr., as

attorney for the Plaintiff, Tobby Cooper, in the above captioned case. Counsel's

address is 1050 17th Street, N. W., Suite 1000, Washington, D.C. 20036. His

phone number is (202) 955-1010. His email address is <u>kcarter44@hotmail.com</u>

Respectfully submitted,

 <u>/s/Karl W. Carter, Jr.</u>
Karl W. Carter, Jr.
Attorney At Law
1050 17th Street, N.W.
Suite 1000
Washington, D.C. 20036
(202) 955-1010