IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Toby Cooper,                                  )
                                              )
        Plaintiff,                    )
                                              )
v.                                            )   Case No.: 1:07-cv-01229 (EGS)
                                              )
District of Columbia Lottery and Charitable   )
Games Control Board, *et al.*                 )
                                              )
        Defendants.                   )
                                              )

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of Court will please notice the withdrawal of the appearance of Mary E. Pivec, Esq. and Keller and Heckman LLP as counsel for Defendants District of Columbia Lottery and Charitable Games Control Board ("DCLB"), Government of the District of Columbia, and the Office of the Chief Financial Officer ("OCFO") (collectively "Defendants"), due to the expiration of their current contract to provide legal services to the District of Columbia Office of the Chief Financial Officer. Defendants will continue to be represented by Jack M. Simmons III, Assistant Attorney General for the District of Columbia Government. In addition, counsel is informed that Phillip O. Metcalf, Esq., and the Hogan & Hartson LLP will be entering an appearance on behalf of Defendants.

DATED: June 24, 2008						Respectfully submitted,

   /s/ Mary E. Pivec
Mary E. Pivec (#4457601)
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC 20001
202-434-4212
202-434-4646 Fax
pivec@khlaw.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25, 2008, I electronically filed the foregoing Withdrawal of Appearance with the Clerk of the Court by using the CM/ECF system and served the same by First Class mail upon:

Toby Cooper
43333 Crystal Lake Street
Leesburg, VA 20176

   /s/ Mary E. Pivec
Mary E. Pivec

2