UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOBY COOPER,<br><br>        Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA LOTTERY<br>AND CHARITABLE GAMES CONTROL<br>BOARD, et al.<br><br>        Defendants. | Civ. Action No. 07-1229 (EGS) |

## NOTICE OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Harry T. Jones, Jr. as counsel on behalf of all Defendants in the above-captioned case.

                         Respectfully submitted,

                         /s/ Harry T. Jones, Jr.
                         Harry T. Jones, Jr. (#940593)
                         Hogan & Hartson LLP
                         555 Thirteenth Street, N.W.
                         Washington, D.C. 20004
                         (202) 637-6529
                         htjones@hhlaw.com

Dated: June 24, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2008, a copy of the foregoing Notice of Appearance was served via the Court's electronic filing system on the following:

Mary Pivec, Esq.

Jack M. Simmons, III, Esq.

Philip B. Zipin, Esq.

Karl W. Carter, Jr., Esq.


   /s/ Harry T. Jones, Jr.
Harry T. Jones, Jr.