UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOBY COOPER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA LOTTERY )<br>AND CHARITABLE GAMES CONTROL )<br>BOARD, et al. )<br>)<br>Defendants. )<br>) | Civ. Action No. 07-1229 (EGS) |

## NOTICE OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Phillip O. Metcalf as counsel on behalf defendant District of Columbia, a municipal corporation, in the above-captioned case.

Respectfully submitted,

/s/ Phillip O. Metcalf
Phillip O. Metcalf (#482545)
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5778
pometcalf@hhlaw.com

Dated: July 15, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2008, a copy of the foregoing Notice of Appearance was served via the Court's electronic filing system on the following:

Jack M. Simmons, III, Esq.

Karl W. Carter, Jr., Esq.

/s/ Phillip O. Metcalf
Phillip O. Metcalf